**94–412.** Buchman v. Wayne Trace Local School Dist. Bd. of Edn. *Paulding County,* No. 11–92–11. Reported at 73 Ohio St.3d 260, 652 N.E.2d 952. On motion for reconsideration. Motion denied. MOYER, C.J., and WRIGHT, J., dissent.

**94–642, 94–643 and 94–644.** Gen. Motors Corp. v. Tracy. Board of Tax Appeals, Nos. 92–K–146, 92–K–510 and 91–K–1558. Reported at 73 Ohio St.3d 29, 652 N.E.2d 188. On motion for reconsideration and on motion for leave to file brief *amicus curiae* in opposition to reconsideration. Motions denied.

**95–146.** State v. Eads. *Cuyahoga County,* No. 62775. Reported at 73 Ohio St.3d 320, 652 N.E.2d 999. On motion for reconsideration. Motion denied.

**95–155.** State ex rel. Jackson v. McFaul. *Cuyahoga County,* No. 68182. Reported at 73 Ohio St.3d 185, 652 N.E.2d 746. On motion for reconsideration. Motion denied.
PFEIFER, J., dissents.

**95–380.** McManus v. Belcher. *Lucas County,* No. L–94–032. Reported at 73 Ohio St.3d 106, 652 N.E.2d 684. On motion for reconsideration. Motion denied.
F.E. SWEENEY, J., dissents.
DOUGLAS and RESNICK, JJ., not participating.

**95–391.** State ex rel. Liposchak v. Indus. Comm. In Mandamus. Reported at 73 Ohio St.3d 194, 652 N.E.2d 753. On amended motion for leave to file brief *amicus curiae* in support of reconsideration by Ohio Self Insurers Association. Motion denied.
DOUGLAS, J., dissents.
On motion for reconsideration. Motion denied.
MOYER, C.J., WRIGHT and COOK, JJ., dissent.

**95–546.** State ex rel. May v. Cissell. *Hamilton County,* No. C–940988. Reported at 73 Ohio St.3d 46, 652 N.E.2d 201. On motion for reconsideration. Motion denied.

**95–955.** J.R. Mason, Inc. v. S. Bloomfield. *Pickaway County,* No. 94CA13. Reported at 73 Ohio St.3d 1426, 652 N.E.2d 799. On motion for reconsideration. Motion denied.

**95–959.** State ex rel. Moyer v. Montgomery Cty. Bd. of Commrs. *Montgomery County,* No. 14556. Reported at 73 Ohio St.3d 1428, 652 N.E.2d 801. On motion for reconsideration. Motion denied.
MOYER, C.J., DOUGLAS and COOK, JJ., dissent.

**95–982.** Ottawa Cty. Bd. of Commrs. v. Marblehead. *Ottawa County,* No. OT94050. Reported at 73 Ohio St.3d 1426, 652 N.E.2d 799. On motion for reconsideration, motion for leave to file brief *amicus curiae* (motion for reconsideration) by Ohio Municipal League, and motion for leave to file brief *amicus curiae* (motion for reconsideration) by city of Columbus. Motions denied.
DOUGLAS, J., dissents.
MOYER, C.J., not participating.